DECISION

No. DC-86-112

The application of the above-named defendant for a review of the sentence for Count I, 5 years for Burglary; Count III, 6 years with 1 year suspended for Burglary; to be served consecutively; $616.50 in restitution to be paid before the 11th month of defendant's one year probation. Defendant may released early if restitution is paid in full, imposed on January 14, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Board deplores the absence of a Presentence Report and recommends that all Sentencing Judges have a PSI prepared.

We wish to thank Bonnie Combes of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighteenth Judicial District, County of Gallatin, STATE OF MONTANA, Plaintiff vs. ERNEST "JIGGS" ELLIOTT, Defendant.

DECISION

No. DC-87-05

The application of the above-named defendant for a review of the sentence for Count I, 25 years for Criminal Sale of Dangerous Drugs; Count II, 25 years for Conspiracy to Sell Drugs; to be served concurrently; and concurrent to any sentence imposed in Cause No. DC-86-16A imposed on March 26, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 15 years on each count to be served concurrently to each other and concurrent to any sentence imposed in Cause No. DC-86-16A

Reasons for the amendment are:

(1) 25 years is excessive under the circumstances; and

(2) The original sentence was disproportionate to what the other Co-Defendants received.

HONORABLE DOUGLAS HARKIN DISSENTS; He would have amended the sentence to 20 years.

We wish to thank Marty Lambert, Deputy County Attorney from Gallatin County for appearing before the Sentence Review Board.

We wish to thank Steve Ungar, Attorney at Law from Bozeman, for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, dissenting.

From: The District Court of the Sixth Judicial District, County of Park, STATE OF MONTANA, Plaintiff vs. JAMES ARTHUR REYNOLDS, Defendant.

## DECISION

No. 86-40

The application of the above-named defendant for a review of the sentence of 10 years for Theft to be served concurrently with DC-2227; Restitution of $1,900, imposed on June 1, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: during the course of the hearing it was discovered that Judge Davis, Chairman of this Court, had been involved in sentencing the Defendant in a collateral proceeding. Judge Davis thereupon recused himself and with the consent of the Defendant, the hearing proceeded before Judges Honzel and Harkin.

The Defendant's imposed sentence is amended to ten years with three years suspended; plus restitution in full. The amendment is necessary for the reason that under the terms of the original sentence, restitution although ordered was not possible.

We wish to thank William Hammer of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

## SENTENCE REVIEW DIVISION

Thomas C. Honzel, Chairman, Frank M. Davis

From: The District Court of the Eighth Judicial District, County of Gallatin, STATE OF MONTANA, Plaintiff vs. DANNA RAY HENNEN, Defendant.

## DECISION

No. CDC-86-184

The application of the above-named defendant for a review of the sentence of 25 years with 10 years suspended; Court recommends the Defendant be sent to the Lighthouse Program; and recommends that the defendant be permitted to enter a pre-release center at the appropriate time the Parole Board so deems, imposed on February 10, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Steven Hudspeth, Deputy County Attorney, from Cascade County for appearing before the Sentence Review Board.